# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF NEW YORK

**JOHN M. DOMURAD**  
Clerk

**DANIEL R. MCALLISTER**  
Chief Deputy

Alexander Pirnie Federal Building  
10 Broad Street  
Utica, New York 13501  
(315) 793-8151

November 26, 2025

James I. Stang, Esq.  
Pachulski Stang Ziehl & Jones LLP  
1700 Broadway, 36th Floor  
New York, NY 10019

RE: Century Indemnity Company vs. Official Committee of Unsecured Creditors, et al.  
NYND CASE NO. 8:25-CV-1594 (AJB)

Dear Sir or Madam:

Please be advised that Appellee's Objection to Emergency Motion was filed November 25, 2025, in the Northern District of New York. You are directed to advise this Court in writing, **within fourteen (14) days** from the date of this Notice, if you will remain as counsel of record, and if so, your formal admission is required.

As of January 16, 2018, the Northern District of New York became a NextGen Court. This means all attorneys MUST have an individual PACER account, and request admission via PACER. If you will be seeking Permanent Admission or Pro Hac Vice Admission, instructions can be found on our website at https://www.nynd.uscourts.gov/attorney-admissions. Admission forms can be found at https://www.nynd.uscourts.gov/file/attorney-admissions-application-packet.

The parties are advised that all future filings and inquiries should be made in accordance with the Local Rules of this Court, and that all documents filed with the Court shall contain the case number listed above.

                                                                  Very Truly Yours,

                                                                  JOHN M. DOMURAD, CLERK

                                                                  By: s/ Susan Evans, Case Processing Specialist

cc: All Counsel of Record (via CM/ECF)  
     NDNY File