## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF NEW YORK

File No. 8:25-CV-1594 (AJB)

| | |
|---|---|
| Century Indemnity Company,<br><br>    *Plaintiff*<br><br>        v.<br><br>Official Committee of Unsecured Creditors et al.,<br>    *Defendants* | Notice of Appeal |

Notice is hereby given that Century Indemnity Company, as successor to CCI Insurance Company, as successor to Insurance Company of North America ("Century"), Plaintiff-Appellant in the above-named case, hereby appeals to the United States Court of Appeals for the Second Circuit from the order entered in this action on November 26, 2025 (Dkt. No. 8) and all underlying orders, rulings and findings entered in this action.

1

Dated:  November 26, 2025

Respectfully submitted,

By: */s/ Tancred Schiavoni*

**O'MELVENY & MYERS LLP**
TANCRED V. SCHIAVONI
MICHAEL M. KLOTZ
1301 Avenue of the Americas
Suite 1700
New York, NY 10019
Telephone:  (212) 326-2000
Email:       tschiavoni@omm.com
             mklotz@omm.com

**CLYDE & CO US LLP**
MARIANNE MAY
340 Mt. Kemble Ave., Suite 300
Morristown, NJ 07960
Telephone:  (973) 210-6700
Email: Marianne.May@clydeco.us

*Attorneys for Century Indemnity Company, as successor to CCI Insurance Company, as successor to Insurance Company of North America*

`