

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK

# ELECTRONIC NOTICE OF CIVIL OR PRISONER APPEAL & CLERK'S CERTIFICATION

Dear Clerk of the Court,

Please take notice that on November 26, 2025 the court received a notice of appeal. This notice serves to inform you of the pending appeal and provides you with the information needed to process the appeal.

I, JOHN M. DOMURAD, CLERK, U.S. District Court for the Northern District of New York, DO, HEREBY CERTIFY that the foregoing docket entries, with the exception of the documents listed below, and maintained electronically on the court's CM/ECF system and constitute the Record on Appeal in the below listed action.

The following documents *are not* available electronically. Please notify the Plattsburgh Clerk's Office if you need any of the following documents:

Docket No.(s):

IN TESTIMONY WHERE OF, I have hereunto set my hand and caused the Seal of said Court to be hereto affixed at the City of Plattsburgh, New York, this 26th day of November, 2025.

*Clerk of Court*

By:   Teri Lambert
      Deputy Clerk

## Case Information

Case Name & Case No.      Century Indemnity Company v. Official Committee of
Unsecured Creditors et al    8:25-cv-1594
Docket No. of Appeal:             9
Document Appealed:                8

Fee Status:         Paid  X

Counsel:            Retained  X          Pro Se __

Time Status:        Timely  X            Untimely __