

O'Melveny & Myers LLP
1301 Avenue of the Americas
Suite 1700
New York, NY 10019-6022

T: +1 212 326 2000
F: +1 212 326 2061
omm.com

File Number:

December 1, 2025

**Michael Klotz**
D: +1 212 728 5983
mklotz@omm.com

<u>**VIA ECF**</u>

Hon. Anthony J. Brindisi
U.S. District Court Judge
Alexander Pirnie Federal Bldg. and U.S. Courthouse
10 Broad Street
Utica, NY 13501

Re: <u>***Century Indemnity Co. v. Official Committee of Unsecured Creditors*, Case No. 25-cv-1594 (AJB)**</u>

Your Honor:

    We represent Century Indemnity Company, as successor to CCI Insurance Company, as successor to Insurance Company of North America ("Century") with respect to the above-referenced appeal from an order of the United States Bankruptcy Court for the Northern District of New York.

    We are writing to respectfully request an expedited merits briefing schedule with Appellant's opening appeal brief due Tuesday, December 9, 2025 and Appellee's response due Tuesday, December 16, 2025.

    On November 26, 2025, Your Honor issued the Order Denying Stay Pending Appeal. Dkt. No. 8. Century appealed the Decision to the United States Court of Appeals for the Second Circuit. The Second Circuit declined to deny or grant a stay at this time and ordered further briefing on December 15, 2025. *See In re: Century Indemnity Company*, No. 25-3011 (2d Cir.) [Dkt. No. 11].

                                      Regards,

                                      */s/ Michael Klotz*

                                      Michael Klotz
                                      For O'Melveny & Myers LLP