**MANDATE**

# UNITED STATES COURT OF APPEALS
## FOR THE
## SECOND CIRCUIT

_____

At a Stated Term of the United States Court of Appeals for the Second Circuit, held at the Thurgood Marshall United States Courthouse, 40 Foley Square, in the City of New York, on the 10th day of February two thousand twenty-six.

_____

| | |
|---|---|
| In Re: Century Indemnity Company | **ORDER** |
| Debtor. | Docket No. 25-3011 |

**************************************************

Century Indemnity Company, as successor to CCI Insurance Company, as successor to Insurance Company of North America,

      Appellant,

  v.

Official Committee of Unsecured Creditors, Certain Personal Injury Creditors,

      Appellees.

_____

The parties in the above-referenced case have filed a stipulation withdrawing this appeal pursuant to FRAP 42.

The stipulation is hereby "So Ordered".

For The Court:
Catherine O'Hagan Wolfe,
Clerk of Court

A True Copy
Catherine O'Hagan Wolfe, Clerk
United States Court of Appeals, Second Circuit

**MANDATE ISSUED ON 02/10/2026**